# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re:<br><br>Ronald J. Friedman, as the Trustee for the SportCo Creditors' Liquidation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Wellspring Capital Management, LLC, Wellspring Capital Partners IV, L.P., WCM Genpar IV, L.P., WCM Genpar IV CP, LLC, Alexander E. Carles, Bradley Johnson, F. Hewitt Grant, Charles E. Walker, Jr., Todd Boehly, Bernard Ziomek, and Andrew Kupchik,<br><br>Defendants. | Adversary No. 19-80071-dd |

## F. HEWITT GRANT'S
## JOINDER TO MEMORANDA IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT TODD BOEHLY

Defendant F. Hewitt Grant ("Grant") hereby joins in the Opposition of Defendant Todd Boehly to Trustee's Motion for Summary Judgment (Doc. No. 321), filed on November 18, 2022. Grant adopts the arguments made by the Boehly in full. Further, the defects in the Trustee's claims and his Motion for Summary Judgment have already been addressed in the Wellspring Motion for Summary Judgment (Docs. 314-315), Boehly's Motion for Summary Judgment (Doc. No. 311), and the Motion for Summary Judgment filed by Andrew Kupchik and Charles E. Walker, Jr. (Doc. 317), all of which Grant incorporates herein.

As detailed in the comprehensive briefing already before the Court, there are no genuine issues of disputed material fact and the Trustee's theories suffer from incurable, fatal flaws. Rather

1

than restating the arguments that have already been made to the Court and which squarely address Grant's positon to the Trustee's Motion, Grant submits this joinder to Boehly's Opposition and refers to the comprehensive filings made to date.

Based on the foregoing, Grant requests that the Court deny the Trustee's Motion for summary judgment, grant judgment in favor of all of the Defendants, and grant such further other relief as may be just and proper.

By: s/ Mary M. Caskey
Stanley H. McGuffin, District ID 2833
Mary M. Caskey, District ID 10120
PO Box 11889
Columbia, SC 29211
(803) 779.3080 Tel
(803) 765.1243 Fax
Email:  smcguffin@hsblawfirm.com
            mcaskey@hsblawfirm.com

Attorneys for F. Hewitt Grant

February 16, 2023